IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02871-MSK-MJW

DISTINCTIVE MANTLE DESIGNS, INC., a Colorado corporation,

Plaintiff,

v.

BENJAMIN MICHAEL BUTTON, an individual,
MICHAEL BUTTON, an individual,
AFFINITY FIREPLACES, a Colorado limited liability company, and
CAST LIMESTONE CREATIONS, a Colorado limited liability company,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that DMD's Motion for Entry of Stipulated Protective Order (docket no. 28) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 28-1) is APPROVED as amended in paragraph 3 and made an Order of Court.

Date: February 3, 2014