IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02871-MSK-MJW

DISTINCTIVE MANTLE DESIGNS, INC., a Colorado corporation,

Plaintiff,

v.

BENJAMIN MICHAEL BUTTON, an individual,
MICHAEL BUTTON, an individual,
AFFINITY FIREPLACES, a Colorado limited liability company, and
CAST LIMESTONE CREATIONS, a Colorado limited liability company,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Amend Scheduling Order (Docket No. 36) is GRANTED. The Scheduling Order (Docket No. 25) is amended to extend the following deadlines:

1. Affirmative expert disclosures to September 30, 2014;
2. Rebuttal expert disclosures to October 30, 2014;
3. Discovery cut-off to November 28, 2014;
4. Deadlines to serve written discovery to October 17, 2014;
5. Deadline to object to experts to December 31, 2014;
6. Dispositive motions deadline to December 31, 2014; and
7. Deadline to request trial setting to January 9, 2014.

Date: July 23, 2014