IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02871-MSK-MJW

DISTINCTIVE MANTLE DESIGNS, INC., a Colorado corporation,

Plaintiff,

v.

BENJAMIN MICHAEL BUTTON, an individual,
MICHAEL BUTTON, an individual,
AFFINITY FIREPLACES, a Colorado limited liability company, and
CAST LIMESTONE CREATIONS, a Colorado limited liability company,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Second Stipulated Motion to Amend Scheduling Order (Docket No. 39) is GRANTED IN PART and DENIED IN PART. In light of the previous 60-day extension granted in this case, and the thin grounds for extension stated in this Motion, the Court finds that a further extension of 30 days extension is more appropriate than the 60 days requested by the parties. The Scheduling Order (Docket No. 25) is AMENDED to extend the following deadlines:

1. Affirmative expert disclosures to October 30, 2014;
2. Rebuttal expert disclosures to November 28, 2014;
3. Discovery cut-off to January 2, 2015;
4. Deadlines to serve written discovery to November 14, 2014;
5. Deadline to object to experts to January 30, 2015;
6. Dispositive motions deadline to January 30, 2015; and
7. Deadline to request trial setting to February 6, 2015.

Date: September 24, 2014