IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02871-MSK-MJW

DISTINCTIVE MANTLE DESIGNS, INC., a Colorado corporation,

Plaintiff,

v.

BENJAMIN MICHAEL BUTTON, an individual,
MICHAEL BUTTON, an individual,
AFFINITY FIREPLACES, a Colorado limited liability company, and
CAST LIMESTONE CREATIONS, a Colorado limited liability company,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

 It is hereby ORDERED that the Stipulated Motion to Amend the Scheduling Order (Docket No. 42) is granted.  The Scheduling Order (Docket No. 25) is amended as follows.  The deadline for rebuttal expert disclosures is now December 12, 2014. The discovery cut-off is now January 16, 2015.

Date: November 25, 2014